July 1, 2005

Mr. Jonathan A. Pace
Pace & Rickey, L.L.P.
5646 Milton Street, Suite 940
Dallas, TX 75206

Mr. Michael L. Scanes
Naman Howell Smith & Lee, L.L.P.
P.O. Box 1470
Waco, TX 76703-1470
Honorable Jim Meyer
McLennan County Court House
170th District Court
501 Washington Avenue
Waco, TX 76701-1380

RE: Case Number: 04-0651
 Court of Appeals Number: 10-03-00398-CV
 Trial Court Number: 2002-39954

Style: IN RE DELMAR "BO" V. MCKINNEY AND EDWARD D. JONES & CO., L.P.
 D/B/A EDWARD JONES

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinion in
the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosure

|cc:|Ms. Sharri |
| |Roessler |
| |Mr. Joe Johnson |